■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSÉ VICTORINO, Appellant. [47 NYS3d 905]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Judith Lieb, J.), rendered October 23, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Richter, Manzanet-Daniels, Gische and Webber, JJ.

■ RISK CONTROL ASSOCIATES, INC., et al., Appellants-Respondents, v MALOOF, LEBOWITZ, CONNAHAN & OLESKE, P.C., et al., Respondents-Appellants. [47 NYS3d 906]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered on or about February 11, 2016, which granted defendants' motion to dismiss the complaint, and denied defendants' application for sanctions, unanimously affirmed, without costs.

The factual allegations and the damages sought in the instant action are the same as the factual allegations underlying the legal malpractice claims and the damages sought in an earlier action brought against defendants by plaintiff Risk Control Associates, Inc., the claims administrator for plaintiff National Specialty Insurance Company (*Risk Control Assoc. Ins. Group v Maloof, Lebowitz, Connahan & Oleske, P.C.*, 127 AD3d 500 [1st Dept 2015]; *see Voutsas v Hochberg*, 103 AD3d 445, 446 [1st Dept 2013], *lv denied* 22 NY3d 853 [2013]). The instant claims are also time-barred (*see* CPLR 214 [6]).

Upon consideration of all the circumstances, we decline to impose sanctions against plaintiffs. Concur—Acosta, J.P., Richter, Manzanet-Daniels, Gische and Webber, JJ.